# EXHIBIT A

## CONSENT TO JOIN
## PURSUANT TO 29 U.S.C. §216(b)

1.   I, ___Rory A McMillin_____ hereby consent and agree and opt-in to become a plaintiff class member in a lawsuit or arbitration brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, *et seq.* against my current/former employer Atkore, and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives.

2.   I hereby agree to be bound by any adjudication of this action by the Court or arbitrator, whether it is favorable or unfavorable.  I further agree to be bound by any collective action settlement herein approved by my attorneys.

DATE: __12/12/25_____   SIGNATURE: *Rory A McMillin*_____
Rory A McMillin (Dec 12, 2025 12:54:21 EST)

___Rory A McMillin_____
PRINTED NAME